**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


RICHARD HOLLIHAN, JR.,      :   No. 16 WM 2016
     :
         Petitioner      :
     :
     :
     :
         v.      :
     :
     :
     :
COMMONWEALTH OF PENNSYLVANIA,      :
ALLEGHENY COUNTY DISTRICT      :
ATTORNEY AND PENNSYLVANIA      :
ATTORNEY GENERAL,      :
     :
         Respondents      :


## ORDER


**PER CURIAM**

    **AND NOW**, this 30th day of March, 2016, the Application for Extraordinary Jurisdiction is **DENIED**.